Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs

Simona A. Farrise SBN 171708
Leigh Kirmsse SBN 160967
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012
310-424-3355
FAX 510-588-4536
sfarrise@farriselaw.com
LKirmsse@farriselaw.com
Attorneys for Plaintiffs

Sharon J.Arkin SBN #154858
The Arkin Law Firm
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(541) 469-2892
FAX: 866) 571-5676
sarkin@arkinlawfirm.com
Attorney for Plaintiffs

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
Julie A. Belezzuoli SBN 267302
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1000
FAX (310) 788-1200
pyates@kayescholer.com
wdowse@kayescholer.com
julie.belezzuoli@kayscholer.com
Attorneys for Defendants

ORDER GRANTING PARTIES JOINT STIPULATION RE: TRIAL ORDER FOR REMAND GROUP 2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KAY UHALT and STEPHEN UHALT | Case No. 1:10-cv-02404-JRG-DLB |
| Plaintiffs, | **ORDER GRANTING PARTIES' JOINT STIPULATION REGARDING TRIAL ORDER FOR REMAND GROUP 2** |
| v. | |
| WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.} | |
| Defendants. | |

The Court having considered the Joint Stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT the remand group 2 cases will be tried in the following order:

| | |
|---|---|
| Waddell v. Wyeth LLC et al | 1:04-cv-06343-JRG-DLB |
| Uhalt v. Wyeth LLC et al | 1:10-cv-02404-JRG-DLB |
| Setser v. Wyeth LLC et al | 1:10-cv-02405-JRG-DLB |
| Hill v. Wyeth LLC et al | 1:10-cv-02394-JRG-DLB |
| Phillips v. Wyeth LLC et al | 1:10-cv-02395-JRG-DLB |
| McPherson v. Wyeth LLC et al | 1:10-cv-02384-JRG-DLB |
| Craven v. Wyeth LLC et al | 1:10-cv-02382-JRG-DLB |
| Bowles v. Wyeth LLC et al | 1:04-cv-06346-JRG-DLB |
| Hames v. Wyeth LLC et al | 1:10-cv-02392-JRG-DLB |

| | | |
|---|---|---|
| 1 | Poole v. Wyeth LLC et al | 1:10-cv-02397-JRG-DLB |

IT IS SO ORDERED

Dated: 6 January 2012

_____
HONORABLE JUDGE JOSEPH GOODWIN
UNITED STATED DISTRICT COURT JUDGE