1  Philip C. Bourdette SBN 47492
2  Miriam Bourdette   SBN 151980
   BOURDETTE & PARTNERS
3  2924 West Main Street
   Visalia, CA 93291
4  (559) 625-8425
   Fax (559) 625-8491
5  pcbb@bourdettelaw.com
   mrbb@bourdettelaw.com
6  Attorneys for Plaintiffs

7
   Simona A. Farrise SBN 171708
8  Leigh Kirmsse SBN 160967
   Farrise Firm PC
9  225 South Olive St., Ste 102
   Los Angeles, CA 90012
10 310-424-3355
   FAX 510-588-4536
11 sfarrise@farriselaw.com
12 LKirmsse@farriselaw.com
   Attorneys for Plaintiffs
13
   Sharon J. Arkin SBN #154858
14 The Arkin Law Firm
15 333 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071
16 (541) 469-2892
   FAX: 866) 571-5676
17 sarkin@arkinlawfirm.com
   Attorney for Plaintiffs
18
19 Pamela Yates SBN 137740
   Wendy S. Dowse SBN 261224
20 Julie A. Belezzuoli SBN 267302
   KAYE SCHOLER LLP
21 1999 Avenue of the Stars, Suite 1600
22 Los Angeles, CA 90067
   (310) 788-1000
23 FAX (310) 788-1200
   pyates@kayescholer.com
24 wdowse@kayescholer.com
   julie.belezzuoli@kayescholer.com
25 Attorneys for Defendants

26
27
28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL,<br><br>Plaintiff,<br><br>vs.<br><br>WYETH LLC, et al.<br>Defendants. | Case No.: 1:04-cv-06343-JRG-DLB<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 |
| KAY UHALT and STEPHEN UHALT,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | Case No.: 1:10-cv-02404-JRG-DLB |
| DOROTHY SETSER and HOWARD SETSER,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br>Defendants | Case No.: 1:10-cv-02405-JRG-DLB |

2

| | |
|---|---|
| CAROL HILL and LEONARD HILL <br><br> Plaintiffs, <br><br> vs. <br><br> WYETH LLC. et al <br><br> Defendants. | Case No.: 1:10-cv-02394-JRG-DLB |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, <br><br> Plaintiffs, <br><br> vs. <br><br> WYETH LLC, et al. <br><br> Defendants. | Case No.: 1:10-cv-02395-JRG-DLB |
| GLORIETTE MCPHERSON, <br><br> Plaintiff, <br><br> vs. <br><br> WYETH LLC, et al. <br><br> Defendants. | Case No.: 1:10-cv-02384-JRG-DLB |
| BETTY CRAVEN and GEORGE CRAVEN, <br><br> Plaintiffs, <br><br> vs. <br><br> WYETH LLC, et al. <br><br> Defendants. | Case No.: 1:10-cv-02382-JRG-DLB |

| | |
|---|---|
| SHIRLEY BOWLES and GERALD BOWLES,<br><br>        Plaintiffs,<br><br>  vs.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No.: 1:04-cv-06346-JRG-DLB |
| DONNA HAMES and MICHAEL HAMES<br><br>        Plaintiffs,<br><br>  vs.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No.: 1:10-cv-02392-JRG-DLB |
| VICTORIA POOLE and DELBERT POOLE<br><br>        Plaintiffs,<br><br>  vs.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No.: 1:10-cv-02397-JRG-DLB |
| LOIS ZANYK<br><br>        Plaintiff,<br><br>  vs.<br><br>PFIZER INC., et al.<br><br>        Defendants. | Case No.: 1:10-cv-00287-JRG-DLB |

| | |
|---|---|
| CARLEEN WEST<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PFIZER INC., et al.<br><br>　　　　Defendants. | Case No.: 1:10-cv-00289-JRG-DLB |
| PAMELA TURNER<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PFIZER INC., et al.<br><br>　　　　Defendants. | Case No.: 1:10-cv-00288-JRG-DLB |
| LUCILLE MACIAS<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PFIZER INC., et al.<br><br>　　　　Defendants. | Case No.: 1:10-cv-00282-JRG-DLB |

　　　The Court having considered the Parties' Stipulation of Dismissal With Prejudice Pursuant to Rule 41 and the files and pleadings herein;

　　　IT IS HEREBY ORDERED as follows:

1. The above-captioned actions are dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees. All other relief not expressly granted herein is denied.

IT IS SO ORDERED

Dated: November 13, 2012

_____
Joseph R. Goodwin, Chief Judge